**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF Shawn Thomas, | COURT CASE NUMBER |
|---|---|
| DEFENDANT Devin Keith, et al., | TYPE OF PROCESS Order of Possession Summons |

| NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|
| SERVE AT { Monetta Ervin A.K.A. Monetta Johnston |
| ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) 1001 Olivesburg Road, Mansfield, Ohio 44905 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Shawn Thomas #561064<br>Richland Correctional Institution<br>1001 Olivesburg Road<br>P.O. Box 8107<br>Mansfield, Ohio 44905 | Number of process to be served with this Form 285 | 1  AO-440 |
| | Number of parties to be served in this case | 1  10 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service*):

Fold

Librarian

Fold

| Signature of Attorney other Originator requesting service on behalf of: <br> *Shawn Thomas* | ☒ PLAINTIFF <br> ☐ DEFENDANT | TELEPHONE NUMBER (419) 526-2100 | DATE '7/28/25 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin No. ____ | District to Serve No. ____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (*complete only different than shown above*) | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,
   if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# USM 285 Instructions

1. Print the name of the only plaintiff or the name of the first of several plaintiffs listed in the caption of the complaint.

2. Print the name of the only defendant or the name of the first of several defendants listed in the caption of the complaint. Even if you are serving several defendants, this line stays the same on every USM-285.

3. Print the name and address of the particular person to be served. If you are serving many defendants, these lines will be different on each USM-285; i.e.: #3 will be different from #2, except for the first named defendant.

4. Leave blank.

5. Print "Summons and Complaint."

6. Print your name and address.

7. Typically "two".

8. Fill in the number of process served with this form.

9. Check only if the United States is a defendant.

10. Fill in only if necessary.

11-14  Sign, mark plaintiff or defendant, fill in your telephone number, and print the date.

| PLAINTIFF #1 | | COURT CASE NUMBER #4 |
|---|---|---|
| DEFENDANT #2 | | TYPE OF PROCESS #5 |
| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN #3 | |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) #3 | |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| #6 | Number of process to be served with this Form 285 | #7 |
| | Number of parties to be served in this case | #8 |
| | Check for service on U.S.A. | #9 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold #10 Fold

#12

| Signature of Attorney other Originator requesting service on behalf of: #11 | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER #13 | DATE #14 |
|---|---|---|---|

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF Shawn Thomas, | COURT CASE NUMBER |
| DEFENDANT Devin Keith, et al., | TYPE OF PROCESS Order of Possession Summons |

**SERVE AT** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
John Doe #2 (Corrections Officer)
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1001 Olivesburg Road, Mansfield, Ohio, 44905

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Shawn Thomas #561064<br>P.O. Box 8107<br>Mansfield Ohio 44901 | Number of process to be served with this Form 285 | AO-440 |
| | Number of parties to be served in this case | 1    10 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                    Fold

| Signature of Attorney other Originator requesting service on behalf of: Shawn Thomas | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER (419)526-2100 | DATE 7/28/25 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | **$0.00** |

REMARKS:

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# USM 285 Instructions

1. Print the name of the only plaintiff or the name of the first of several plaintiffs listed in the caption of the complaint.

2. Print the name of the only defendant or the name of the first of several defendants listed in the caption of the complaint. Even if you are serving several defendants, this line stays the same on every USM-285.

3. Print the name and address of the particular person to be served. If you are serving many defendants, these lines will be different on each USM-285; i.e.: #3 will be different from #2, except for the first named defendant.

4. Leave blank.

5. Print "Summons and Complaint."

6. Print your name and address.

7. Typically "two".

8. Fill in the number of process served with this form.

9. Check only if the United States is a defendant.

10. Fill in only if necessary.

11-14 Sign, mark plaintiff or defendant, fill in your telephone number, and print the date.

| PLAINTIFF #1 | | COURT CASE NUMBER #4 | |
|---|---|---|---|
| DEFENDANT #2 | | TYPE OF PROCESS #5 | |
| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN #3 | | |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) #3 | | |
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW  #6 | | Number of process to be served with this Form 285 | #7 |
| | | Number of parties to be served in this case | #8 |
| | | Check for service on U.S.A. | #9 |
| SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service): Fold #10 Fold | | | |
| | #12 | | |
| Signature of Attorney other Originator requesting service on behalf of: #11 | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER #13 | DATE #14 |

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF Shawn Thomas | COURT CASE NUMBER |
|---|---|
| DEFENDANT Devin Keith, et al., | TYPE OF PROCESS Order of Possession Summons |

**NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN**

SERVE AT { Deanna Reinhold

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

1001 Olivesburg Road, Mansfield Ohio 44905

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Shawn Thomas # 561024
Richland Correctional Institution
1001 Olivesburg Road
P.O. Box 8107
Mansfield, Ohio 44905

| | | |
|---|---|---|
| Number of process to be served with this Form 285 | 1 | AO-440 |
| Number of parties to be served in this case | 1 | 10 |
| Check for service on U.S.A. | | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service):*

Fold     Fold

| Signature of Attorney other Originator requesting service on behalf of: Shawn Thomas | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (419) 526-2100 | DATE 7/28/25 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date    Time   ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | **$0.00** |

REMARKS:

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,
    if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# USM 285 Instructions

1.    Print the name of the only plaintiff or the name of the first of several plaintiffs listed in the caption of the complaint.

2.    Print the name of the only defendant or the name of the first of several defendants listed in the caption of the complaint. Even if you are serving several defendants, this line stays the same on every USM-285.

3.    Print the name and address of the particular person to be served. If you are serving many defendants, these lines will be different on each USM-285; i.e.: #3 will be different from #2, except for the first named defendant.

4.    Leave blank.

5.    Print "Summons and Complaint."

6.    Print your name and address.

7.    Typically "two".

8.    Fill in the number of process served with this form.

9.    Check only if the United States is a defendant.

10.    Fill in only if necessary.

11-14  Sign, mark plaintiff or defendant, fill in your telephone number, and print the date.

| PLAINTIFF #1 | | COURT CASE NUMBER #4 |
|---|---|---|
| DEFENDANT #2 | | TYPE OF PROCESS #5 |
| SERVE AT { | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN #3 | |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) #3 | |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| ⌐ #6 | Number of process to be served with this Form 285 | #7 |
| | Number of parties to be served in this case | #8 |
| ⌐ | Check for service on U.S.A. | #9 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold

#10

Fold

#12

| Signature of Attorney other Originator requesting service on behalf of: #11 | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER #13 | DATE #14 |
|---|---|---|---|

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF Shawn Thomas, | COURT CASE NUMBER |
|---|---|
| DEFENDANT Devin Keith, et al. | TYPE OF PROCESS AO-440/Summon Order of Possession |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

John Doe #1 (Corrections Officer)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1001 Olivesburg Road, Mansfield, Ohio 44905

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Shawn Thomas #561064 P.O. Box 8107 Mansfield, Ohio 44901 | Number of process to be served with this Form 285 | 1 AO-440 |
| | Number of parties to be served in this case | 1 10 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                  Fold

| Signature of Attorney other Originator requesting service on behalf of: Shawn Thomas | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (419) 526-2100 | DATE 7/28/25 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# USM 285 Instructions

1.  Print the name of the only plaintiff or the name of the first of several plaintiffs listed in the caption of the complaint.

2.  Print the name of the only defendant or the name of the first of several defendants listed in the caption of the complaint. Even if you are serving several defendants, this line stays the same on every USM-285.

3.  Print the name and address of the particular person to be served. If you are serving many defendants, these lines will be different on each USM-285; i.e.: #3 will be different from #2, except for the first named defendant.

4.  Leave blank.

5.  Print "Summons and Complaint."

6.  Print your name and address.

7.  Typically "two".

8.  Fill in the number of process served with this form.

9.  Check only if the United States is a defendant.

10.  Fill in only if necessary.

11-14  Sign, mark plaintiff or defendant, fill in your telephone number, and print the date.

| PLAINTIFF #1 | | COURT CASE NUMBER #4 | |
|---|---|---|---|
| DEFENDANT #2 | | TYPE OF PROCESS #5 | |
| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN #3 | | |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) #3 | | |
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | Number of process to be served with this Form 285 | #7 |
| #6 | | Number of parties to be served in this case | #8 |
| | | Check for service on U.S.A. | #9 |
| SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service): #10 | | | |
| #12 | | | |
| Signature of Attorney other Originator requesting service on behalf of #11 | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER #13 | DATE #14 |

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF  *Shawn Thomas* | COURT CASE NUMBER |
|---|---|
| DEFENDANT  *Devin Keith, et al.,* | TYPE OF PROCESS  Order of Possession *Summons* |

SERVE AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

*Kevin Sipes (Lieutenant- RICI Segregation Unit)*

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

*1001 Olivesburg Road, Mansfield, Ohio 44905*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

*Shawn Thomas #561064*
*Richland Correctional Institution*
*1001 Olivesburg Road*
*P.O. Box 8107*
*Mansfield, Ohio 44905*

| | |
|---|---|
| Number of process to be served with this Form 285 | 1  *AO-440* |
| Number of parties to be served in this case | 1  *10* |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                                      Fold

| Signature of Attorney other Originator requesting service on behalf of:  *S. Shawn Thomas*   ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER  *(419)526-2100* | DATE  *7/28/25* |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin  No.____ | District to Serve  No.____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (*complete only if different than shown above*) | Date | Time | ☐ am  ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)  $0.00 |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# USM 285 Instructions

1.  Print the name of the only plaintiff or the name of the first of several plaintiffs listed in the caption of the complaint.

2.  Print the name of the only defendant or the name of the first of several defendants listed in the caption of the complaint. Even if you are serving several defendants, this line stays the same on every USM-285.

3.  Print the name and address of the particular person to be served. If you are serving many defendants, these lines will be different on each USM-285; i.e.: #3 will be different from #2, except for the first named defendant.

4.  Leave blank.

5.  Print "Summons and Complaint."

6.  Print your name and address.

7:  Typically "two".

8.  Fill in the number of process served with this form.

9.  Check only if the United States is a defendant.

10. Fill in only if necessary.

11-14  Sign, mark plaintiff or defendant, fill in your telephone number, and print the date.

| PLAINTIFF #1 | | COURT CASE NUMBER #4 | |
|---|---|---|---|
| DEFENDANT #2 | | TYPE OF PROCESS #5 | |
| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN #3 | | |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) #3 | | |
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW #6 | | Number of process to be served with this Form 285 | #7 |
| | | Number of parties to be served in this case | #8 |
| | | Check for service on U.S.A. | #9 |
| SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service): Fold #10 Fold | | | |
| #12 | | | |
| Signature of Attorney other Originator requesting service on behalf of #11 | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER #13 | DATE #14 |

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF Shawn Thomas | COURT CASE NUMBER |
|---|---|
| DEFENDANT Devin Keith, et al. | TYPE OF PROCESS Summons / Order of Possession |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
April Robinson (5 Lower Housing Unit - Unit Manager)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1001 Olivesburg Road, Mansfield, Ohio 44905

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Shawn Thomas #561064
P.O. Box 8107
Mansfield, Ohio 44901

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 AO-440 |
| Number of parties to be served in this case | 1 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service):*

Fold

Fold

| Signature of Attorney other Originator requesting service on behalf of: _Shawn Thomas_ | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (419) 526-2100 | DATE 7/28/25 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# USM 285 Instructions

1. Print the name of the only plaintiff or the name of the first of several plaintiffs listed in the caption of the complaint.

2. Print the name of the only defendant or the name of the first of several defendants listed in the caption of the complaint. Even if you are serving several defendants, this line stays the same on every USM-285.

3. Print the name and address of the particular person to be served. If you are serving many defendants, these lines will be different on each USM-285; i.e.: #3 will be different from #2, except for the first named defendant.

4. Leave blank.

5. Print "Summons and Complaint."

6. Print your name and address.

7. Typically "two".

8. Fill in the number of process served with this form.

9. Check only if the United States is a defendant.

10. Fill in only if necessary.

11-14 Sign, mark plaintiff or defendant, fill in your telephone number, and print the date.

| PLAINTIFF #1 | | COURT CASE NUMBER #4 |
|---|---|---|
| DEFENDANT #2 | | TYPE OF PROCESS #5 |
| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN #3 | |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) #3 | |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| #6 | Number of process to be served with this Form 285 | #7 |
| | Number of parties to be served in this case | #8 |
| | Check for service on U.S.A. | #9 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

#10

#12

| Signature of Attorney other Originator requesting service on behalf of #11 | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER #13 | DATE #14 |
|---|---|---|---|

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF Shawn Thomas, | COURT CASE NUMBER |
|---|---|
| DEFENDANT Devin Keith, et al., | TYPE OF PROCESS Order of Possession  Summons |

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Douglas G Smith (Principal)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1001 Olivesburg Road, Mansfield, Ohio 44905

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Shawn Thomas #561064
Richland Correctional Institution
1001 Olivesburg Road
P.O. Box 8107
Mansfield, Ohio 44905

| | |
|---|---|
| Number of process to be served with this Form 285 | 1  AO-440 |
| Number of parties to be served in this case | 1  10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                     Fold

| Signature of Attorney other Originator requesting service on behalf of: Shawn G Thomas | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (419) 526-2100 | DATE 7/28/25 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# USM 285 Instructions

1. Print the name of the only plaintiff or the name of the first of several plaintiffs listed in the caption of the complaint.

2. Print the name of the only defendant or the name of the first of several defendants listed in the caption of the complaint. Even if you are serving several defendants, this line stays the same on every USM-285.

3. Print the name and address of the particular person to be served. If you are serving many defendants, these lines will be different on each USM-285; i.e.: #3 will be different from #2, except for the first named defendant.

4. Leave blank.

5. Print "Summons and Complaint."

6. Print your name and address.

7. Typically "two".

8. Fill in the number of process served with this form.

9. Check only if the United States is a defendant.

10. Fill in only if necessary.

11-14 Sign, mark plaintiff or defendant, fill in your telephone number, and print the date.

| PLAINTIFF #1 | | COURT CASE NUMBER #4 | |
|---|---|---|---|
| DEFENDANT #2 | | TYPE OF PROCESS #5 | |
| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN #3 | | |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) #3 | | |
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | Number of process to be served with this Form 285 | #7 |
| #6 | | Number of parties to be served in this case | #8 |
| | | Check for service on U.S.A. | #9 |
| SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service): #10 | | | |
| Signature of Attorney other Originator requesting service on behalf of #11  #12 | ☐ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER #13 | DATE #14 |

USM 285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF Shawn Thomas | COURT CASE NUMBER |
|---|---|
| DEFENDANT Devin Keith, et al. | TYPE OF PROCESS AO-440/Summons |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE AT { Devin Keith
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1001 Olivesburg Road, Mansfield, Ohio 44905

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Shawn Thomas #561064
P.O. Box 8107
Mansfield, Ohio 44901

Number of process to be served with this Form 285: AO-440

Number of parties to be served in this case: 10

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                  Fold

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF  ☐ DEFENDANT
_Shawn Thomas_
TELEPHONE NUMBER (419) 526-2100
DATE 7/28/25

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

## INSTRUCTIONS FOR SERVICE OF PROCESS BY U.S. MARSHAL

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES. Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

PLAINTIFF
*Shawn Thomas*

COURT CASE NUMBER

DEFENDANT
*Devin Keith, et al.,*

TYPE OF PROCESS
*AO-440/Summons*

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE AT { *Steven Mandusic (Corrections Officer)*
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
*1001 Olivesburg Road, Mansfield, Ohio 44905*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

*Shawn Thomas #561064*
*P.O. Box 8107*
*Mansfield, Ohio 44901*

Number of process to be served with this Form 285: *AO-440*

Number of parties to be served in this case: *10*

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold

Fold

Signature of Attorney other Originator requesting service on behalf of:
*Shawn Thomas*

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER
*419(526)2100*

DATE
*7-28-25*

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above. (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | ☐ am ☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

## INSTRUCTIONS FOR SERVICE OF PROCESS BY U.S. MARSHAL

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES. Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF Shawn Thomas, | COURT CASE NUMBER |
| DEFENDANT Devin Keith, et al. | TYPE OF PROCESS Summons / Order of Possession |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Debra Shrader (5 Lower Housing Unit - Sergeant) |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 1001 Olivesburg Road, Mansfield, Ohio 44905 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Shawn Thomas #5(c1064
PO Box 8107
Mansfield, Ohio 44901

| | |
|---|---|
| Number of process to be served with this Form 285 | AO-440 |
| Number of parties to be served in this case | 1  10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                                          Fold

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Shawn Thomas | ☒ PLAINTIFF ☐ DEFENDANT | (419) 526-2100 | 7/28/25 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin  No. _____ | District to Serve  No. _____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc. at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | **$0.00** |

REMARKS:

**PRINT 5 COPIES:** 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,
   if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# USM 285 Instructions

1.  Print the name of the only plaintiff or the name of the first of several plaintiffs listed in the caption of the complaint.

2.  Print the name of the only defendant or the name of the first of several defendants listed in the caption of the complaint. Even if you are serving several defendants, this line stays the same on every USM-285.

3.  Print the name and address of the particular person to be served. If you are serving many defendants, these lines will be different on each USM-285; i.e.: #3 will be different from #2, except for the first named defendant.

4.  Leave blank.

5.  Print "Summons and Complaint."

6.  Print your name and address.

7:  Typically "two".

8.  Fill in the number of process served with this form.

9.  Check only if the United States is a defendant.

10. Fill in only if necessary.

11-14  Sign, mark plaintiff or defendant, fill in your telephone number, and print the date.

| PLAINTIFF #1 | | COURT CASE NUMBER #4 |
|---|---|---|
| DEFENDANT #2 | | TYPE OF PROCESS #5 |
| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN #3 | |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) #3 | |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| #6 | Number of process to be served with this Form 285 | #7 |
| | Number of parties to be served in this case | #8 |
| | Check for service on U.S.A. | #9 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                          Fold

#10

#12

| Signature of Attorney other Originator requesting service on behalf of: #11 | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER #13 | DATE #14 |
|---|---|---|---|