**Department of Rehabilitation & Correction**

# Conduct Report

| Name: THOMAS, SHAWN | Number: A561064 | Institution: RICI |
|---|---|---|
| Case Number: RICI-23-006737 | Date of Violation: 08/10/2023 | Time of Violation: 11:23 PM |
| Location of Violation: Housing Unit / TPU / Center / Strip Search Cell/Holding Cell | | Lock: TP/L1/153/L |

| Charged Rules | Rule Description |
|---|---|
| 5.1 | Physical resistance to a direct order. |
| 5.2 | Disobedience of a direct order. |
| 16.1 | Any act not otherwise set forth herein, knowingly done which constitutes a threat to the security of the institution, its staff, other incarcerated persons, or to the acting incarcerated person. |

**Supporting Facts (Describe what occurred and how the inmate violated the rule[s]):**

*Be advised that this rule violation occurred in in L2-153* On the above date and time Offender Thomas had a foam try covering his window during count and was not visible by officers. When Officers attempted to make verbal contact, he was unresponsive. When I arrived, I called him by name several times as well as knocked and kicked his door. OC was deployed and we were forced to enter the cell found him lying in the shower covered by a suicide blanket. He was then taken out of the cell to a holding cell to decontaminate and seek medical attention. When asked why he never answered officers he stated he was sleeping.

Is this Conduct Report being written on behalf of another ?    Yes ☐    No ☑

Does the Charging Official wish to have input into the disciplinary proceedings?    Yes ☐    No ☑

| Electronic Signature of Charging Official :   DEVIN KEITH | Shift: 3rd | Days Off: S/M |
|---|---|---|

A copy of this conduct report was served upon the above-named inmate on: August, 11, 2023, at 11:07 AM

| Staff Electronic Signature:   DEBRA Shrader |
|---|

I acknowledge receipt of the conduct report on the above stated date and time:

| Inmate Signature: | Number: A561064 |
|---|---|

PLAINTIFF'S EXHIBIT A

Notification to Inmate: a conviction could result in loss of earned credit and 201 additional hearing.

 **Department of Rehabilitation & Correction**

# Disposition of the Rules Infraction Board

| Institution: RICI | RIB Case Number: RICI-23-006737 |
|---|---|
| Inmate Name: THOMAS, SHAWN | Number: A561064 |
| Date Of Hearing: 08/15/2023 | Time: 01:51 PM |

| Charged Rules | Rule Description |
|---|---|
| 5.1 | Physical resistance to a direct order. |
| 5.2 | Disobedience of a direct order. |
| 16.1 | Any act not otherwise set forth herein, knowingly done which constitutes a threat to the security of the institution, its staff, other incarcerated persons, or to the acting incarcerated person. |

Did the inmate attend the hearing? ☑ Yes ☐ No

Inmate Plea:     Not Guilty Rule(s): 5.1,5.2,16.1

State the facts that explain the board's decision:

The board believes the conduct report does support all charges and Offender Thomas says it did happen he was sleeping and didn't hear them.

Particular evidence or statements relied on:

Conduct report-Offenders plea/Testimony

Was the inmate informed or the right to be heard in his own behalf? ☑ Yes ☐ No

Did the inmate offer any defense? ☐ Yes ☑ No

Did the board rely on any confidential statement(s)? ☐ Yes ☑ No

Disposition of the Hearing Officer is: ☑ Affirmed ☐ Returned for reconsideration

☑ RIB recommends a Security Review be conducted

Disposition Imposed:

28 RH Days, 60 Day GTL Messaging/Phone, Package, Commissary 20 dollar limit/hygiene only, Visit restrictions, Icare, Fundraiser Restriction effective 8/15/2023-10/15/2023

Did any person other than the board member participate in the dicussion of the board's findings?(if yes, explain) ○ Yes ◉ No

We certify that this is a true record of proceedings of the Rules Infraction Board:

| Electronic Signature RIB Chairperson: SAMANTHA DAUGHERTY | Decision: Guilty | Date: 8/15/2023 |
|---|---|---|

| Name of the RIB Member2: JOEL ADKINS | Decision: Guilty | Date: 8/15/2023 |
|---|---|---|

Appeal form given to inmate? ◉ Yes ○ No

Notice to inmate: you may appeal this decision to the warden.The appeal must be submitted using the provided form DRC4027 within 7 days of receiving of disposition.

☑ Inmate has refused to sign

## Result Of Warden's Administrative Review

**RIB CASE NUMBER:** RICI-23-006737

Upon reviewing the proceeding and the disposition of the Rules Infraction Board, I have determined that the board's decision should be: <u>Affirmed</u>

☐ Warden recommends a Security Review be conducted

**Notes:**

There was evidence to support the decision of the Rules Infraction Board. The penalty assessed is authorized and appropriate. Case was heard in complaince with the AR.

| Warden or Designee's Electronic Signature:  DONALD MELTON | Date: 08/15/2023 |
|---|---|

DRC 4024 (Rev 08/2023)

Notice of Disciplinary Appeal to Warden / Designee

| Institution: RICI | Current lock: TP/L3/121/L | RIB Case Number: RICI-23-006737 |
|---|---|---|
| Inmate Name: THOMAS, SHAWN | | Number: A561064 |

Warden/Designee:

I am appealing the decision of the Rule Infraction Board on 08/15/2023 which I violated the following Rule(s) 5.1,5.2,16.1 *(You have 7 days from the date listed to appeal to the warden or designee). You should return the completed appeal form back to staff, and they will scan and attach the appeal electronically to your case. The appeal will then be placed on this list for Warden/Designee*

**(Be brief and specific in stating the basis for your appeal)**

I was a sleep in the shower on a suicide quilt + covered with a quilt. I cried myself to sleep because my little brother had just been in motorcycle accident, and lost his life. Captain Sheraldi and MH DR Michaels both told me to go on observation watch for the night and to cry myself to sleep. At the time this occurred I was dead asleep in the shower. b/c I was embarrassed + humiliated from crying as inmates + staff could see me through the door. They came into the cell, grabbed me by my right foot and pulled me out of the shower bouncing the n left side of my face/ear off of the white plastic water stopper in the shower. They forcefully stood me up onto my feet, pushed me into the hallway, cuffed me behind my back, and escorted me to the change-out cell. I never resisted once. Ask Officer Devin Kieth if I resisted. I did not. I was returned to the same cell within 10 minutes and again cried myself back to sleep. I am depressed and going through the worst time of my life emotionally as a result of my brothers death. Please overturn this violation as it never occurred. I did get sprayed/the cell did and I was compliant. Dr. Michaels from MH can support me on this violation. I also never heard a direct order as I was a sleep. **(BACK→)**

| Inmate Signature: Thomas | Number: A561064 | Date: 8/15/23 |
|---|---|---|

ODRC Staff: When appeal form is received back from the inmate, you should go to RIB1 in DOTS PORTAL to the case number on the appeal form and click on the "+" button; then click on the "scan" button, which will navigate you to RIB2 attachments. Select the appropriate label "Appeal to Warden" and upload the scanned appeal form.

DRC 4027 (Rev 08/2023)

Neither rule violation is appropriate as I was not aware of their command of a direct order in violation of Rule 5.2 and I was not resistent in anyway and was compleant when I was awoke by Devin Keith and the response Team. Rule Violation 5.1 should not have been issued against me as I never resisted. Check their body cams for evidence and question Officer Keith as to my compliance. Please overturn this conduct report as it does not support these Rule Violations properly. They even admit in the Conduct Report that "When officers attempted to make verbal contact, he was unresponsive.", and he stated further in his Report "When asked why he never answered officers he stated he was sleeping."

-END-

MS. Daugherty was not impartial during my RIB hearing also. Before it began she stated to Adkins "he has a lot of tickets, we should ride him out." She scoured at me during my hearing and made faces at me like she didn't want to deal with me fairly due to my past history with her when she worked with ITS Rose in his office. I feel and Know I did not have an impartial hearing by Daugherty. -END-