# Audit Grievance #273690821

**Profile Photo:**



**Audit Photo:**

### Inmate Info

**Name:** SHAWN THOMAS (1983-04-05)
**Booking #:** A561064
**Nationality:**
**Submitted Date:** 08/17/23 13:31
**Submitted Room:** RICI,TP,L3,118,L/TPU-L3
**Submitted Facility:** ODRC Richland CI
**Current Room:** RICI,H4,B,0079,0000/H4 - A&B
**Current Facility:** ODRC Richland CI
**MAC ID:** CC:4B:73:FA:C2:84
**Device ID:** CC4B73FAC284

### Form Info

**Category:** Force
**Form:** Use of force reported

### Grievance Info

**Grievance ID #:** RICI000000000630
**Status:** CLOSED **by** Melton U.
**Facility Deadline:** 09/27/23 23:59
**Grievance Level:** Appeal
**Inmate can reply:** No

**Summary:**

Use of Force

**Details:**

**Please state the nature of your grievance. Be specific.:**
I was put into an observation cell for my safety by MH and medical collectively. I went in with 2 orange quilts provided by the officers here in Seg. I put 1 of the quilts on the shower floor and laid the other over my body fully and cried myself to sleep due to a deash in my family. I haven't been sleeping well over the PST since pretty much 8/4/2023, the day I fond out my little brother lost his life in an accident. Officers deployed oc pepper spray into my cell, entered and grabbed me by my right ankle which I have a GSW to and yanked me out of the shower causing me to smack the left side of me face/ear off of the water stopper in the shower. I was dead asleep when this all occurred, check the body camera's of the officers for when this happened to me. I never resisted. I was forcefully escorted to the hallway, slammed ui against the wall and cuffed behind my back. They then put in the holding cell in near seg. entry for about 10 minutes. Medical came and I was to confused to speak to them. The officers then placed me back in the same exact cell with the same 2 quilts that they deployed their oc pepper spray onto. They attempted to leave me in the cell with the same 2 quilts, I convinced them to give me new ones and I could not breath as a result of being sprayed. I was never given new clothing or decontaminated due to being sprayed and was written a conducted report for physical resistance and disobeying a direct order. I feel this is cruel and unusual punishment. Why?



PLAINTIFF'S EXHIBIT
B

| DATE/TIME | USER | ACTION | SOURCE | DETAILS | |
|---|---|---|---|---|---|
| 06/07/24 10:01 | SHAWN THOMAS | Viewed Staff Response | Tablet | | |
| 04/23/24 21:57 | SHAWN THOMAS | Viewed Staff Response | Tablet | | |
| 01/08/24 09:48 | Melton U. | Print | | Has been printed by uriah.melton@odrc.state.oh.us | |
| 01/08/24 09:48 | Melton U. | Viewed | | | |
| 09/18/23 17:20 | SHAWN THOMAS | Viewed Staff Response | Tablet | | |
| 09/18/23 14:35 | SHAWN THOMAS | Viewed Staff Response | Tablet | | |
| 09/15/23 18:04 | SHAWN THOMAS | Viewed Staff Response | Tablet | | |
| 09/12/23 11:54 | Rose K. | Print | | Has been printed without notes by kelly.rose@odrc.state.oh.us | |
| 09/12/23 11:53 | Rose K. | Viewed | | | |
| 09/12/23 11:53 | Rose K. | Viewed | | | |
| 09/06/23 13:32 | Melton U. | Viewed | | | |
| 09/06/23 13:30 | SHAWN THOMAS | Viewed Staff Response | Tablet | | |
| 09/06/23 08:48 | Melton U. | Changed Status | | From 'Open' to 'Closed' | |
| 09/06/23 08:48 | Melton U. | Toggle Inmate Response | | Disallowed Inmate to respond to Grievance | |
| 09/06/23 08:48 | Melton U. | Changed Disposition | | Changed Disposition for level Appeal with value '' to 'Affirm' | |

| DATE/TIME | USER | ACTION | SOURCE | DETAILS | |
|---|---|---|---|---|---|
| 09/06/23 08:48 | Melton U. | Staff Response | | The Office of the Chief Inspector is in receipt of your Appeal to the Chief Inspector. A thorough review of your appeal has been completed which included the following factors: • Procedural requirements met. • Proper investigation of your grievance was conducted. • Applicable policies, administrative rules, directives and ODRC operating manuals utilized. • Information presented in your appeal. • Additional or refuting Information presented in your appeal. Based on the aforementioned review, the decision rendered by the Inspector is hereby AFFIRMED. The Inspector investigated your complaint which did not yield substantial evidence to indicate a violation of policy, rule, or law. Reported uses of force are reviewed and/or investigated further with a final determination made by the managing officer. No further action will be taken by this office in relation to this complaint. U.L. Melton, Asst. Chief Inspector | |
| 09/06/23 08:44 | Melton U. | Viewed | | | |
| 09/02/23 17:25 | SHAWN THOMAS | Viewed Staff Response | Tablet | | |
| 08/30/23 15:23 | SHAWN THOMAS | Viewed Staff Response | Tablet | | |
| 08/28/23 15:05 | SHAWN THOMAS | Viewed Staff Response | Tablet | | |
| 08/28/23 15:03 | SHAWN THOMAS | Escalated | Tablet | THOMAS, SHAWN has escalated the grievance on 08/28/2023 15:03 -05:00 Response: I never filed my ICRF or NOG with the IIS stating ever that the Use of Force was NOT REPORTED. I stated that it was excessive and that I was dead asleep when the officers entered my cell and sprayed me with OC Pepper Spray and used physical force against me though I was literally unconscious at the time of the incident. Where does this IIS get his information from? I am appealing on the grounds the the IIS did not complete a proper and truthful investigation of my complaint and that he fabricated it into being a NOG about an UNREPORTED USE OF FORCE when I did not state that in my NOG with him. Read my ICRF and NOG and you will see the fabrication of his Disposition. | |
| 08/28/23 15:03 | | Changed Status | | From Closed to Open due to Appeal | |
| 08/28/23 15:03 | | Changed Level | | Level changed from Grievance to Appeal due to Appeal | |
| 08/28/23 14:55 | SHAWN THOMAS | Viewed Staff | Tablet | | |

| DATE/TIME | USER | ACTION | SOURCE | DETAILS | | |
|---|---|---|---|---|---|---|
| | | Response | | | | |
| 08/28/23 14:50 | SHAWN THOMAS | Viewed Staff Response | Tablet | | | |
| 08/28/23 11:06 | Rose K. | Staff Response | | Shawn Thomas 561-064 RICI000000000630 TPU Cell 119 indicates force was used upon him where OC Spray was used on his person August 10, 2023 while in a Holding Cell in Special Management. To investigate this concern, we reviewed Administrative Rule 5120-9-31 (Inmate Grievance Procedure) and reviewed the Richland Correctional Handbook. We reviewed the discipline of Shawn Thomas. We reviewed Administrative Rule 5120-9-1 (Use of Force), Administrative Rule 5120-9-03 (Use of Force Not Reported) and questioned the Operations Office for indication to this issue being reported for further information. Conduct Report dated August 10, 2023, shows an issue occurred at approximately 11:20 pm (case RICI23006737. We requested to learn if a Use of Force was reported on this incident from the Wardens Office and we were informed that the issue was in fact reported. Copy of Incident Report retained with this case. 5120-9-01 Use of force is available for you to review in the Library. 1 © (c) If force, greater than minimal force, is needed to overcome the physical resistance of an inmate in order to apply restraints or otherwise gain control of the inmate, it shall be considered a reportable use of force. (2) "Less-than-deadly force" means any force which could not reasonably be expected to result in the death of the person against whom it is directed. Administrative Rule 5120-9-03 (Inmate Complaints of Use of Force Where No Use Of Force Has Been Made) dictates in part – (B) The inspector of institutional services, (hereinafter referred to as the IIS,) of each institution shall have the responsibility of investigating inmate complaints of use of force by a staff member, where no report was filed. This issue was in fact reported. This issue is denied as there is a lacking-of evidence to support that there was any force not reported or treated. | | |
| 08/28/23 11:06 | Rose K. | Changed Status | | From 'Open' to 'Closed' | | |
| 08/28/23 11:06 | Rose K. | Viewed | | | | |
| 08/28/23 11:05 | Rose K. | Changed Disposition | | Changed the disposition value for level Grievance from to Denied - No violation of rule/policy/law | | |
| 08/28/23 11:04 | Rose K. | Viewed | | | | |
| 08/23/23 18:42 | SHAWN THOMAS | Viewed Staff Response | Tablet | | | |

| DATE/TIME | USER | ACTION | SOURCE | DETAILS | |
|---|---|---|---|---|---|
| 08/23/23 18:41 | SHAWN THOMAS | Viewed Staff Response | Tablet | | |
| 08/23/23 18:40 | SHAWN THOMAS | Viewed Staff Response | Tablet | | |
| 08/21/23 14:20 | Rose K. | Viewed | | | |
| 08/21/23 14:20 | Rose K. | Document added | | Document Thomas Force Report.pdf was added. Shared with Inmate: No | |
| 08/21/23 14:13 | Rose K. | Viewed. | | | |
| 08/21/23 10:47 | Rose K. | Viewed | | | |
| 08/19/23 19:01 | SHAWN THOMAS | Viewed Staff Response | Tablet | | |
| 08/19/23 18:29 | SHAWN THOMAS | Viewed Staff Response | Tablet | | |
| 08/18/23 18:32 | SHAWN THOMAS | Viewed Staff Response | Tablet | | |
| 08/17/23 13:33 | SHAWN THOMAS | Viewed Staff Response | Tablet | | |
| 08/17/23 13:32 | SHAWN THOMAS | Viewed Staff Response | Tablet | | |
| 08/17/23 13:31 | SHAWN THOMAS | Submitted New | Tablet | Use of Force | |