



**USPS TRACKING #**

9114 9014 9645 1383 9151 97

Label 400 Jan 2013
7690-16-000-7848

# PRIORITY® MAIL

Inmate
Correspond
RICI




US POSTAGE ™ PITNEY BOWES

ZIP 44903  $ 026.30⁰
02 4W
0000374810 AUG 06 2025

FROM: Shawn Thomas #561064
RICI
1001 Olivesburg Road
P.O. Box 8107
mansfield, Ohio 44905

**VISIT US AT USPS.COM**
ORDER FREE SUPPLIES ONLINE

TO:
U.S.D.C., N.D. of Ohio
2-161 Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830

**LARGE FLAT RATE BOX**
FOR DOMESTIC AND INTERNATIONAL USE

RECEIVED
AUG 13 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND



PS00011132700

LFRB July 2022
ID: 12 x 11.75 x 5.5
OD: 12.25 x 12 x 6
ODCUFT: 0.510

To schedule free
Package Pickup,
scan the QR code



USPS.COM/PICKUP