
PLAINTIFF'S
EXHIBIT
E
www.legalstore.com No. 7020

## KITE PROCEDURE

1. Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.

2. Write only to the Department that handles the problem you have. Others will merely forward your kite.

3. State your problems clearly and completely and thereby get immediate attention.

4. Avoid duplication of Kites, Writing to more than one office about the same thing will not obtain any faster attention.

5. Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.

Number: 561064  Name: Thomas  Date: 9/8/93

Unit: 4  Lock: B 93  Assignment: Unable Vehicle Device

To:

Issued By (Staff Member Signature):

FOLD HERE

| | |
|---|---|
| CASE MANAGER | WARDEN |
| CLASSIFICATION | DEPUTY WARDEN ADMINISTRATION/ SPECIAL SERVICES/ PROGRAMS |
| COMMISSARY | |
| DENTAL USE HEALTH SERVICES REQUEST FORM, DRCS373 TO ACCESS DENTAL CARE | DEPUTY WARDEN OPERATIONS |
| MEDICAL USE HEALTH SERVICES REQUEST FORM, DRCS373 TO ACCESS MEDICAL CARE | INST. INSPECTOR |
| | INVESTIGATOR |
| | JOB COORDINATOR |
| MAJOR MENTAL HEALTH | LIBRARY |
| | MAIL ROOM |

| | |
|---|---|
| | QUARTERMASTER |
| | RECORDS |
| | RECOVERY SERVICES |
| | RECREATION |
| | RELIGIOUS SERVICES |
| | UNIT MANAGER |
| | EDUCATION |
| | FOOD SERVICE |
| | OTHER _____ |

DRC 2005 (Rev. 02/13)

## KITE PROCEDURE

1. Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.

2. Write only to the Department that handles the problem you have. Others will merely forward your kite.

3. State your problems clearly and completely and thereby get immediate attention.

4. Avoid duplication of Kites, Writing to more than one office about the same thing will not obtain any faster attention.

Case: 1:25-cv-01704-JPC  Doc #: 1-19 Filed: 08/15/25 1 of 3. PageID #: 224

Case: 1:25-cv-01704-JPC Doc #: 1-9 Filed: 08/15/25 2 of 3. PageID #: 225

UM Robinson,                          9/5/03

This is my 3rd attempt sending
this ICRF dated back from 6/29/23
against Secretary Rinehart for throwing
my legal box out of 5 House onto
the pavement / Entry way of 5 House &
the Yard.

INFORMAL COMPLAINT RESOLUTION FORM
ACA-4271 (DRC-4151)

Richland

To: Investigator

Date: 6-29-23

Shawn Thomas  #561064      4A19

On 6/27/2023, Tuesday at approximately 1-2 pm Secretary Rinehold, from 5 lower noticed I was standing outside of 5 lower unit waiting on an inmate when she began yelling for me to "come here" which I refused.

She then had two (2) "unknown to me" inmates carry my 2.4 cardboard legal box out from 5 lower and tossed my 2.4 legal box (unsecured) out in the middle of the asphalt parking lot area of 5 lower and Rinehold was screaming to me from inside of 5 lower "Yeah Motherfucker; but you get your legal shit out of my office and unit now you dumb ass fuck!!!" and she stormed back into 5 lower.

I, with my hernia, had to lift that box which weighed probably over 100 pounds and I have been instructed by Medical over the past 10-15 years to NOT lift more than 10 pounds. Because of Rinehold's conduct, I had to risk injuring myself and drag my 2.4 legal cardboard box back into 5 lower - out of place - where Ms. Robinson seen this happen and she secured my 2.4 legal box until I could retrieve a cart from 4 lower to get my property.

This is further Retaliation from the 5 lower unit and it violates Policy 64-DCM-01/05 & Policy 31-SEM-01/02 & AR 5120-9-04(B).

— END —