

PLAINTIFF'S
EXHIBIT
5

## KITE PROCEDURE

1. Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.

2. Write only to the Department that handles the problem you have. Others will merely forward your kite.

3. State your problems clearly and completely and thereby get immediate attention.

4. Avoid duplication of Kites, Writing to more than one office about the same thing will not obtain any faster attention.

5. Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.

---

Number: 541114

Name: Thomas

Date: 9/6/23

Unit: 4   Lock: B 95   Assignment: Inside Vehicle Driver

To: (DUBS) MS ALLEN

Issued By (Staff Member Signature):

FOLD HERE

CASE MANAGER

CLASSIFICATION

COMMISSARY

DENTAL
USE HEALTH SERVICES
REQUEST FORM, DRC5373
TO ACCESS DENTAL CARE

MEDICAL
USE HEALTH SERVICES
REQUEST FORM, DRC5373
TO ACCESS MEDICAL
CARE

MAJOR MENTAL
HEALTH

WARDEN

DEPUTY WARDEN
ADMINISTRATION/
SPECIAL SERVICES/
PROGRAMS

DEPUTY WARDEN
OPERATIONS

INST. INSPECTOR

INVESTIGATOR

JOB COORDINATOR

LIBRARY

MAIL ROOM

QUARTERMASTER

RECORDS

RECOVERY SERVICES

RECREATION

RELIGIOUS SERVICES

UNIT MANAGER _____

EDUCATION

FOOD SERVICE

OTHER _____

DRC 2005 (Rev. 02/13)

---

## KITE PROCEDURE

1. Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.

2. Write only to the Department that handles the problem you have. Others will merely forward your kite.

3. State your problems clearly and completely and thereby get immediate attention.

4. Avoid duplication of Kites, Writing to more than one office about the same thing will not obtain any faster attention.

5. Kites are to be used only for communication between

Ms. Allen                                    9/6/23

    This is my 3rd attempt sending
this ICRF against Principal Smith
for his inappropriate actions he took
against me violating Policy. I've sent
this twice before, that is why it
is dated for 7/10/23. I never received
a response.

RIC1 | INFORMAL COMPLAINT RESOLUTION FORM "ICRF" | | DWSS Allen

Shawn Thomas #561064 | 4A19 | | 7/10/23

RE: Defamation of Character / Inappropriate Supervision / Retaliation / Discrimination / Falsification & Threats.

On or around 7/6/23 I was called to the Principal's Office to pick up pending copies I had. Principal Smith began by telling me he wrote me 2-3 conduct reports for "assisting other inmates" with their legal work. I stated I can assist, I can't receive payment though. He then stated "Oh, well, we'll be watching 'you' extra close and be paying more attention to you and will suspend you again if you continue."

Pursuant to 59-LEG-01(V), I believe, I am protected and authorized to help and assist inmates on 'legal' actions (w/out payment) and that's all I was doing. Smith says "No" you'll not allowed and I will continue to suspend you and write you conduct reports if you continue."

Principal Smith and Officer Smith (1st shift library officer) have hung my "blown-up picture"/ "mug shot" up on the window for all of population to view and see. Since they have done this to me I have been approached by officers and inmates inquiring as t a, at I did and who was I jacking-on (meaning masturbating) in which I do Not engage in whatsoever. I have been made a joke of and insulted and my reputation has depreciated into deviant sexual activity as a result of Principal Smith and Officer Smith hanging my mug shot