

**Department of Rehabilitation & Correction**

DRC.Ohio.gov

Mike DeWine, *Governor*   Jon Husted, *Lt. Governor*   Annette Chambers-Smith, *Director*

To:  Incarcerated Persons

From:  Stacy Wicks, Library Administrator I, OCSS

Re:  Law Library Use

Date:  2/8/2024

Hello everyone,

OCSS would like to remind all offenders that the computers in the Law Libraries are to be used for **legal work only**. This legal work must be pertaining to any current and open cases.

Library staff reserves the right to ask for proof of any open cases and deadlines. Library staff also reserves the right to deny printing if they find anything not related to a legal case. Please keep in mind that using the law library computers is a privilege, as all courts in Ohio do accept handwritten motions and forms. This privilege can be removed if time spent in the Law Library is abused; this time could be used by someone who does have an open case and a deadline.

Thank you for your cooperation,

Stacy Wicks *Stacy L Wicks*

Library Admin 1, OCSS

4545 Fisher Rd, Suite D       614 | 387.0588       drc.ohio.gov
Columbus, OH 43228



PLAINTIFF'S EXHIBIT
H

The State of Ohio is an Equal Opportunity Employer and Provider of ADA Services