**Department of Rehabilitation & Correction**

# Conduct Report

| Name: THOMAS, SHAWN | Number: A561064 | Institution: RICI |
|---|---|---|
| Case Number: RICI-23-006660 | Date of Violation: 08/08/2023 | Time of Violation: 09:30 AM |
| Location of Violation: Library | | Lock: H4/B/0119 |

| Charged Rules | Rule Description |
|---|---|
| 5.2 | Disobedience of a direct order. |
| 7.2 | Forging, possessing, or presenting forged or counterfeit documents. |

**Supporting Facts (Describe what occurred and how the inmate violated the rule[s]):**

On 8/8/2023 at approximately 9:30 am, assistant librarian Ervin came to me and gave me a document I/A 561064 Thomas created on a Law Library computer. The previous day (8/7/2023), I had a conversation with I/A 561064 Thomas to not re-create DRC documents on the computers and that he is to complete an informal complaint on either his GTL tablet or a paper kite. I reminded I/A 561064 Thomas that the Law Library computers are used for legal materials only, not to re-create DRC documents. All documents can be requested to view through the Librarian Ms. Johnston, or Asst. Librarian Ms. Ervin. EOR

Is this Conduct Report being written on behalf of another ? Yes ☐ No ☑

Does the Charging Official wish to have input into the disciplinary proceedings? Yes ☐ No ☑

| Electronic Signature of Charging Official : D SMITH | Shift: 4th | Days Off: Sat and Sun |
|---|---|---|

A copy of this conduct report was served upon the above-named inmate on: August, 09, 2023, at 15:05 PM

| Staff Electronic Signature: M KENNEDY |
|---|

I acknowledge receipt of the conduct report on the above stated date and time:

| Inmate Signature: *[signature]* | Number: A561064 |
|---|---|

**Notification to Inmate: a conviction could result in loss of earned credit and 201 additional hearing.**

DRC 4018 (Rev 08/2023)


PLAINTIFF'S EXHIBIT I

 **Department of Rehabilitation & Correction**

# Disposition of the Rules Infraction Board

| Institution: RICI | RIB Case Number: RICI-23-006660 |
|---|---|
| Inmate Name: THOMAS, SHAWN | Number: A561064 |
| Date Of Hearing: 08/15/2023 | Time: 01:21 PM |

| Charged Rules | Rule Description |
|---|---|
| 5.2 | Disobedience of a direct order. |
| 7.2 | Forging, possessing, or presenting forged or counterfeit documents. |

Did the inmate attend the hearing? ☑ Yes ☐ No

Inmate Plea:     Not Guilty Rule(s): 5.2,7.2

State the facts that explain the board's decision:

The board does believe Offender Thomas did re create DRC documents and they are added to the case in the attachments provided by Mr. Smith.

Particular evidence or statements relied on:

Conduct report-Offenders plea/Testimony/evidence

Was the inmate informed of the right to be heard in his own behalf? ☑ Yes ☐ No

Did the inmate offer any defense? ☐ Yes ☑ No

Did the board rely on any confidential statement(s)? ☐ Yes ☑ No

Disposition of the Hearing Officer is: ☑ Affirmed ☐ Returned for reconsideration

☐ RIB recommends a Security Review be conducted

Disposition Imposed:

90 Day GTL Messaging/Phone, Package, Commissary $20 limit to hygiene only, Visit restrictions, I care, Fundraiser Restriction -effective 8/16/2023-11/16/2023

Did any person other than the board member participate in the dicussion of the board's findings?(if yes, explain) ○ Yes ◉ No

We certify that this is a true record of proceedings of the Rules Infraction Board:

| Electronic Signature RIB Chairperson: S DAUGHERTY | Decision: Guilty | Date: 8/16/2023 |
|---|---|---|
| DID Member: A. S. HEINBERGER | Decision: Guilty | Date: 8/16/2023 |

receiving of disposition.

| | Date: 8/16/2023 | Time: 08:55 AM |
|---|---|---|
| Inmate signature: | | |

## Result Of Warden's Administrative Review

**RIB CASE NUMBER:** RICI-23-006660

Upon reviewing the proceeding and the disposition of the Rules Infraction Board, I have determined that the board's decision should be: <u>Affirmed</u>

☐ Warden recommends a Security Review be conducted

**Notes:**

There was evidence to support the decision of the Rules Infraction Board. The penalty assessed is authorized and appropriate. Case was heard in complaince with the AR.

| Warden or Designee's Electronic Signature:  D MELTON | Date: 08/16/2023 |
|---|---|

DRC 4024 (Rev 08/2023)

 **Department of Rehabilitation & Correction**

## Legal Services Decision On Appeal

| Institution: RICI | Current lock: H4/B/0095 | RIB Case Number: RICI-23-006660 |
|---|---|---|
| Inmate Name: THOMAS, SHAWN | | Number: A561064 |

**Guilty Rules:**      5.2,7.2

**RIB Date:**      08/15/2023

**Inmate Appeal Date:**   09/05/2023

**Appeal Decision :**   Denied

**Response to Appeal:**

The appeal contends there is a procedural error but proceeds to argue the facts of the case, essentially arguing that his actions are appropriate despite a direct order to not re-create a DRC form. If Thomas wishes to complete an informal complaint resolution form, then he should follow the proper process. If he needs copies of previously submitted complaints, then he should work with staff to complete the process rather than re-creating the forms. The appeal is denied and the RIB decision is affirmed.

| Electronic Signature:  B TURNER | Date: 10/4/2023 |
|---|---|

DRC 4377 (Rev. 08/2023)