**Department of Rehabilitation & Correction**

Tuesday August 29 2023 7:30 AM

## Notice of Appeal - Classification Action

Appeal to Warden of recommendation made by the Classification Committee

(Inmate should send his appeal to the Warden or designee within 7 days of notification by classification committee)

*Note to inmate: You should return this appeal back to your unit staff and they will scan and attach this appeal electronically to your classification hearing. The appeal will then be placed on the list for the Warden/Designee to respond to you.*

| Inmate Name: THOMAS, SHAWN | Number: A561064 | Institution: RICI |
|---|---|---|

I am appealing the recommendation of the Security Review committee to place me at Level 3 on 08/29/2023 at RICI.

(Appeal must be filed with the Warden or designee by 09/05/2023)

In my opinion this decision is incorrect for the following reasons:

*WARNING: You must state clearly and in detail the reasons you feel the recommendation is incorrect. This includes all procedural objections.*

I have pending appeals to the Chief Legal Counsel for 4 RIB Hearings: RICI-23-006060; RICI-23-006723; RICI-23-006737; and RICI-23-006763. I have been a Level 2 inmate with -1 point for 10+ years. There is a pending 42 USC §1983 Civil action being prepared and Now Ready to be Sent to the Cleveland U.S. Federal Courthouse for 1st Amendment Violations of Retaliation from 4 and 5 Lower Unit Staff members. My RIB Hearings were Procedurally defective as Sgt. Daugherty was partial, bias and made comments as to "Riding me out" well before she began my RIB Hearings. Daugherty and Adkins, RIB officers, did Not review or properly review any evidence, did not deliberate as Daugherty kept (in all 4 of my Hearings) saying "Alright, we'll take a minute to deliberate" looked down at her computer screen, then by herself, came back and said "We find you guilty. It was only Daugherty that made the decisions. Review the RIB Audio Recordings. They're proof! RIB Hearing RICI-23-006723 was held 8 days after it was Referred to RIB. Daughety still found me guilty. That's under appeal Right Now. I appealed the other 3 to Chief Legal Counsel and am waiting on their decision. MH Dr. mr. Michaels is fully aware and can testify as to the 4 Lower Retaliation I've been going through. I am not a security threat! One quarter of the tickets I received in 4 Lower were thrown out/dismissed or held w/out me by the sgts. Those are violative actions alone. Now those same officers Adkins + Hickman continuously write me frivolous conduct Reports in a means to get me disciplined spitefully for verbally complaining about them to the UM in 4 Lower, Aubrey. I also filed hand written complaints. **(TURN OVER - BACK SIDE)**

| Signature: | Number : A561064 | Date: 8/29/23 |
|---|---|---|

*ODRC Staff: When appeal (DRC 2680) is received back from the inmate, you should go to CFRMI in DOTS PORTAL to the classification hearing dated 8/28/2023. Click on the scan button under the Warden's Appeal to open the review, and you will upload the file to the teal upload section (3.1 Appeal to Warden). The form should be scanned in PDF format.*

DRC2680

**PLAINTIFF'S EXHIBIT J**

Copy for RICI-23-006737

During my security Review, I was told that my conduct Reports were reviewed from the past 13-24 months and held against me also, giving me even more points. How does that work when I had -1 point from April of 2022 and April of 2023 and those conduct Reports were already Reviewed and held against me during the 2022-2023 annual grace period? That's like double jeopardy. Punished twice over for the same conduct Reports. My conduct reports from 2022-2023 should NOT have counted as "points" for this security review that took place. RICI-23-006737 states I was sanctioned to 28 RH Days, 60 Day GTL Messenging/Phone, Package, Commissary 20 dollar limit/hygiene only. Visit restrictions, Icare, Fundraiser Restriction effective 8/15/2023 - 10/15/2023. It does Not State nor specify how the three separate Rule violations were accessed against me. What sanction did I receive for Rule violation 5.1? And 5.2? And 16.1? I feel that that alone is a Procedural Error in my sanctioning phase. It does not support as to each rule violation how my sanction was applied. Therefore, this should be overturned also as further Procedural Error. Also, in the Disposition it clearly states "Did the inmate off any defense?" RIB Sgt. Daugherty Stated/checked Box "NO" but further stated above where the Disposition states "State the facts that explain the board's decision" Daugherty writes "The board believes the conduct Report does support all charges and Offender Thomas <u>says it did happen he was sleeping and didn't hear them."</u> therefore, Thomas made a defense, and Daugherty lied and made a second Procedural Error in her Disposition dated for 8/15/23-case No. RICI-23-006737 at 1:51pm, further stating on Record/Disposition that Thomas never made a defense, though he did, in full. Listen to the Audio Recording, you'll hear Thomas saying way more then Daugherty alleged he said. Violating Thomas Due Process Rights. I've been trying to go to Units 1, 2, or 3 Lower to avoid further Retaliation, but UM Awbrey states I am stuck in 4 Lower. Why in the 10+ years I have been here at RICI, I cannot go to Units 1, 2 or 3 Lower to avoid these vindictive officers I been complaining of in 4 Lower? The more I complained - the more they wrote me tickets. I went to the law library b/c I had NO GTL Tablet to file ICFF's on, caught a Verbal Warning on 8/7/23 by Mr. Smith for Guarding my ICFF's on the Law Library Computers. 8/8/23 I filed new Complaints in Regular "legal text form" to be told I was still re-creating & forging DRC Documents-though my new Complaints on 8/8/23 were Not duplicated (or) based any DRC Heading, Form #'s or Field/Check Boxes replicating any type of DRC Form, And Mr. Smith wrote me a conduct Report for that. These were all in my <u>NAME</u>, NO one else's. Supposedly, the Librarians saved both of them for evidence. My Conduct Report dated 8/10/23 is Procedurally Defective as the cell location in the Body of it states (L2-153) but at the <u>Top</u> for <u>LOCK</u> it shows, L1-153