

**Department of
Rehabilitation
& Correction**

# Conduct Report

| Name: THOMAS, SHAWN | Number: A561064 | Institution: RICI |
|---|---|---|
| Case Number: RICI-24-000807 | ~~[redacted]~~ | Time of Violation: 01:05 PM |
| Location of Violation: Library | | Lock: H4/B/0003 |

| Charged Rules | Rule Description |
|---|---|
| 5.2 | Disobedience of a direct order. |

**Supporting Facts (Describe what occurred and how the inmate violated the rule[s]):**

On the above date and time inmate Thomas 561-064 came to my office door demanding to know which librarian called his dorm and had an officer shake him down looking for stolen law library materials. I told him he did not have the right to question me about that. He became very agitated and argumentative and told me he did have the right to know. I told him to leave and he did not, he continued to argue. I again told him he needed to leave and he did not. I had to tell him 3 more times to leave before he actually left.

Is this Conduct Report being written on behalf of another ?    Yes ☐    No ☑

Does the Charging Official wish to have input into the disciplinary proceedings?    Yes ☐    No ☑

| Electronic Signature of Charging Official : M JOHNSTON | Shift: varies | Days Off: S/M |
|---|---|---|

A copy of this conduct report was served upon the above-named inmate on: February, 02, 2024, at 11:28 AM

| Staff Electronic Signature:   M KENNEDY |
|---|

I acknowledge receipt of the conduct report on the above stated date and time:

| Inmate Signature:   *[signature]* | Number: A561064 |
|---|---|

Notification to inmate: a conviction could result in loss of earned credit and 201 additional hearing.

DRC 4018 (Rev 08/2023)

PLAINTIFF'S
EXHIBIT
K