| SUBJECT:<br>**Incarcerated Person Access to Court and Counsel** | PAGE __1__ OF __8__ . |
|---|---|
| | NUMBER:  **59-LEG-01** |
| ORC/OAC REFERENCE:<br>ORC 5120.01; OAC 5120-9-17,<br>OAC 5120-9-18, 5120-9-19, 5120-9-20,<br>OAC 5120-9-33, 5120-9-55 | SUPERSEDES:<br>59-LEG-01 dated 12/02/2019 |
| RELATED ACA STANDARDS:<br>5-ACI-3D-01, 3D-02, 3D-03, 3D-07,<br>5-ACI-7D-03 | EFFECTIVE DATE:<br>**March 27, 2023** |
| | APPROVED: |

**Ohio** | **Department of Rehabilitation & Correction**

## I.   AUTHORITY

Ohio Revised Code 5120.01 authorizes the Director of the Department of Rehabilitation and Correction, as the executive head of the department, to direct the total operations and management of the department by establishing procedures as set forth in this policy.

## II.   PURPOSE

The purpose of this policy is to establish guidelines that ensure incarcerated people have adequate access to courts, attorneys, and legal research materials.

## III.   APPLICABILITY

This policy applies to all institutional employees and all persons incarcerated with the Ohio Department of Rehabilitation and Correction (ODRC).

## IV.   DEFINITIONS

The definitions for the below listed terms can be found at the top of the policies page on the ODRC Intranet at the following:

Definitions Link
- **Departmental Offender Tracking System (DOTS)**
- **General Legal Materials**
- **Illiterate Incarcerated Person**
- **Incarcerated Person Citrix Network**
- **Indigent Incarcerated Person**
- **Legal Disc**
- **Legal Mail**
- **Personal Legal Materials**



PLAINTIFF'S EXHIBIT
L

| SUBJECT: Incarcerated Person Access to Court and Counsel (59-LEG-01) | PAGE 2 OF 8 . |
|---|---|

## V. POLICY

It is the policy of the ODRC to permit incarcerated person access to legal counsel by means of visitation which will permit confidential communication, uncensored written correspondence, and telephone communication. Incarcerated people shall have access to courts so that they may challenge their convictions, sentences, or the conditions of their confinement. Incarcerated people who are foreign nationals shall have access to the diplomatic representative of their country of citizenship. Pursuing such legal matters shall not subject the incarcerated person to reprisals or punishment of any sort.

## VI. PROCEDURES

### A. Law Library

1. Each institution law library shall, at a minimum, provide access to the following materials in electronic format:

    a. Published decisions of the U.S. Supreme Court, Federal Courts of Appeals, U.S. District Courts, Ohio Supreme Court, Ohio Courts of Appeal, Common Pleas Courts, and the Court of Claims.

    b. U.S. Code, U.S. Constitution, Federal Rules of Civil Procedure, Federal Rules of Criminal Procedure, Federal Rules of Evidence, Federal Rules of Appellate Practice, and Rules of the Federal Courts located in Ohio.

    c. Ohio Revised Code, Ohio Constitution, Ohio Rules of Civil Procedure, Ohio Rules of Criminal Procedure, Ohio Rules of Evidence, Ohio Rules of Appellate Practice; Ohio Rules of Court.

    d. Ohio Administrative Code.

    e. A means of cross referencing, following history of cases or statutes, etc. such as through Shepard's Citations, or some other method.

2. In addition, the institution law library shall provide access to the printed materials listed in Appendix A of this policy.

3. ODRC Policies, excluding security policies, may be provided either electronically or as hardcopy.

4. Each law library shall establish a schedule of reasonable hours that provide incarcerated persons with adequate access to legal materials. At least some of these hours shall not conflict with normal work assignments, visitation, counseling, or other programs, and shall include weekend and evening hours.

5. Each law library shall facilitate the access of incarcerated people who are foreign nationals to the diplomatic representative of the country of their citizenship by maintaining a current copy of the U.S. Government Publication entitled "Foreign Consular Offices in the United States."

DRC 1362

| SUBJECT: Incarcerated Person Access to Court and Counsel (59-LEG-01) | PAGE___3___ OF ___8___. |

### B.     Incarcerated Person Clerks

1.    Incarcerated person clerks may be employed in the law library to assist incarcerated people in the use of legal materials, to maintain the library collection, for typing and other clerical duties. Such clerks shall operate under the direct supervision of the librarian or other staff member designated by the managing officer.

2.    The staff member designated by the managing officer shall determine the duties of the clerk positions in the law library. This staff member shall assign tasks to the incarcerated person clerks. The clerks shall not be permitted to take it upon themselves to determine which incarcerated people they will assist or what tasks they will perform. Incarcerated person clerks shall not be permitted to supervise other incarcerated people or assign tasks to other incarcerated people.

3.    Incarcerated people requesting assistance with typing, reading, writing, or researching legal materials or documents shall request such assistance from a staff member designated by the managing officer who may assign the specific task to one of the incarcerated person clerks.

### C.     Illiterate Incarcerated Person

1.    Illiterate incarcerated people, or incarcerated people who have physical or mental impairments which prevent them from reading or writing, may request assistance in preparing their initial pleadings to be filed with a court. Such assistance may include assistance with reading or writing their initial pleadings. These requests for assistance must be directed to the staff person designated by the managing officer who shall ensure that the necessary assistance is made available.

2.    Incarcerated people requiring the assistance of a translator may receive such assistance from a staff member, incarcerated person, and volunteer or, if necessary, a person retained under contract for such purpose.

3.    Incarcerated people shall be instructed, both orally and in writing, on how they may obtain assistance in preparing or filing initial pleadings with the court. This information shall also be conveyed in a manner that is reasonably calculated to reach the incarcerated person who might need such assistance.

### D.     Legal Service to Indigent Incarcerated People

1.    An indigent incarcerated person shall receive a free legal kit containing, at a minimum, the items listed in Appendix B from the Law Library. The incarcerated person shall direct their request to the librarian, or other staff person designated by the managing officer, who shall confirm the incarcerated person's indigent status with the Cashier's Office and maintain a log of free kits issued utilizing Indigent Kit Log (DRC1005). An incarcerated person may make such request once every thirty (30) days.

DRC 1362

| SUBJECT: Incarcerated Person Access to Court and Counsel (59-LEG-01) | PAGE___4___OF___8___. |
|---|---|

2. An indigent incarcerated person is also entitled to free first-class mail to courts of law only. To be eligible for free first-class mailing, an indigent incarcerated person must address the mail to the "Clerk of Court" and must also identify the specific court by name above the address. Mail addressed to an individual other than the court's Clerk of Court or that does not identify the specific court name is not entitled to free first-class mail, and shall be returned to the indigent incarcerated person with an indication to the incarcerated person that the mail, as addressed, is not entitled to free postage because it is not addressed to the Clerk of Court, does not identify the name of the court, or both, as the case may be. The free mail to courts of law for indigent incarcerated people is in addition to the one (1) free stamped envelope per month available to all incarcerated people.

**E.     Legal Materials**

1. Incarcerated people are permitted to possess a reasonable amount of general and personal legal materials.

2. General and personal legal materials shall be maintained within the incarcerated person's overall 2.4 cubic feet property limitation as provided in Ohio Administrative Code (OAC) 5120-9-33, Packages and Property Restrictions, and applicable institutional policies. General legal materials are subject to the general possession limits applicable to books, law books, stationery, or writing materials, etc. as provided in OAC 5120-9-33, Packages and Property Restrictions, and ODRC Policy 61-PRP-01, Personal Property - Incarcerated People Personal Property, and applicable institutional rules and policies.

3. Incarcerated people are required to keep personal legal materials organized by title and case number. Each document associated with a case shall be identified with at least the correct case number.

4. Incarcerated people may be required to produce a list of their active cases any time such materials are packed up and placed in storage for any reason. This list shall identify each active case by title of the case, case number, and the court in which the action is pending.

5. If an incarcerated person has personal legal material which exceeds their capacity to store in the space allotted, the incarcerated person may request that they be permitted to store the excess personal legal material in a secure location designated by the managing officer for such purpose.

   a. A staff person designated by the managing officer shall review this request. A request for additional storage shall not be granted unless the volume of the incarcerated person's personal legal material is greater than one half of the incarcerated person's footlocker.

   b. Only personal legal material as defined in this policy may be stored in this manner. The incarcerated person shall provide a list of the active litigation upon request.

DRC 1362

| SUBJECT: Incarcerated Person Access to Court and Counsel (59-LEG-01) | PAGE 5 OF 8 . |
|---|---|

c.  Incarcerated people requesting additional space must first make reasonable efforts to reduce the amount of legal material in their possession. (e.g., reducing general material, such as stationery supplies, blank forms, photocopied materials, etc.; reducing personal legal material, such as duplicate documents, drafts, outdated or unnecessary correspondence, inactive case files, etc.). All excess material, including inactive case files, must be either mailed out of the institution at the incarcerated person's expense or otherwise disposed of by the incarcerated person.

6.  Additional space granted to an incarcerated person is subject to review every sixty (60) days by a staff person designated by the managing officer. Incarcerated people may exchange stored materials with those in their immediate possession once every thirty (30) days.

7.  All legal content generated or downloaded by incarcerated people via accessing the Incarcerated Person Citrix Network shall be retained and stored on the Incarcerated Person Citrix Network as provided in ODRC Policy 05-OIT-11, Incarcerated Person Access to Information Technology.

8.  Incarcerated people may receive a legal disc only if the managing officer/designee has provided prior approval, per OAC 5120-9-19, Printed Materials. A legal disc that has been sent to an incarcerated person without prior approval of the managing officer/designee shall be treated as contraband by the institution mailroom. The managing officer/designee shall determine the disposition pursuant to OAC 5120-9-17, Incoming Mail and 5120-9-55, Contraband.

9.  If a legal disc is sent with prior approval from the managing officer/designee, the legal disc shall be logged in the same manner as other legal mail, as provided in ODRC Policy 75-MAL-01, Incarcerated Population Mail.

10.  If the managing officer/designee approves the receipt of legal discs, the managing officer/designee shall establish procedures for the receipt, retention, viewing, and destruction of legal discs.

11.  The content of legal discs can be accessed and inspected for contraband only in the presence of the incarcerated person.

**F.  Incarcerated Person Legal Assistance**

1.  Incarcerated people are permitted to assist one another in the preparation and filing of legal documents or other legal matters. General population incarcerated people should generally be permitted to assist each other in common areas such as the library, dayroom, etc.

2.  Although incarcerated people may receive assistance from other incarcerated people, this privilege is not without limitation:

a.  Incarcerated people do not have a right either to receive assistance from a specific incarcerated person or to aid a specific incarcerated person.

DRC 1362

| SUBJECT: Incarcerated Person Access to Court and Counsel (59-LEG-01) | PAGE 6 OF 8 . |
|---|---|

    b. Managing officers/designees can impose reasonable time, manner, and place restrictions on the access incarcerated people have with each other even though such restrictions may have an impact on their ability to assist one another. Such restrictions must be based on a legitimate interest in maintaining the good order and discipline of the institution, institutional security, and the personal safety of incarcerated people and staff. In considering time, manner, and place restrictions, institutions shall consider factors such as the housing assignments, custody level, and separations, etc.

    c. Managing officers/designees may, in their discretion, approve special or individualized arrangements for incarcerated people to assist one another where a need has been demonstrated and is otherwise appropriate.

    d. The fact that one incarcerated person is assisting another does not entitle such incarcerated person to maintain possession of the legal materials of another incarcerated person. Incarcerated people may maintain possession of their own legal materials as provided above in subsection VI.E.

3. No incarcerated person law clerk, library assistant, or any other incarcerated person shall, in any manner, trade, exchange or deal their assistance with legal matters to another incarcerated person. The institution shall prominently display a notice in the law library, and in either the incarcerated person handbook, or orientation materials, which states: "It is a violation of institutional rules for incarcerated people to require payment of any kind for providing legal assistance. No incarcerated people shall be required to pay or deal for legal services. If you or someone you know has been asked to pay or deal for legal assistance, please notify your unit manager or the law librarian."

4. No incarcerated people shall hold themselves out in any manner as a paralegal or an attorney at law or as authorized to practice law in any capacity.

    a. No incarcerated people shall use the words "lawyer," "attorney at law," "counselor at law," "law," "law office," "esquire," or other equivalent words in connection with their own name, either in writing or orally, to induce others to believe that they are an attorney.

    b. Any incarcerated person who violates subsection VI.F.4.a of this policy may be issued a conduct report for giving false information.

**G.   Communication with Attorneys**

1. Legal mail, including incarcerated person mail to and from attorneys, shall be handled pursuant to OAC 5120-9-17 - Incoming Mail, 5120-9-18 - Outgoing Mail, and ODRC Policy 75-MAL-03 – Incarcerated Population Legal Mail. Letters to/from staff members of the ODRC do not qualify as legal mail under this provision.

2. Attorneys shall be permitted to visit incarcerated people under the procedures set forth in OAC 5120-9-20, Visits by Attorneys and Inmate Access to Legal Services. Attorney visits shall take place in a room designated for that purpose where they can talk in private but be subject to visual observation.

DRC 1362

| SUBJECT: Incarcerated Person Access to Court and Counsel (59-LEG-01) | PAGE  7  OF  8 . |
|---|---|

3.  An attorney may request to confer with their client by telephone when there is not enough time for the attorney to either correspond with or personally visit the incarcerated person due to the circumstances of the incarcerated person's litigation. Such requests shall be directed to the managing officer, or the person designated by the managing officer. Such conversations between the incarcerated person and the attorney shall be considered confidential; the same as in-person visits. These visits may be observed visually but shall not be observed aurally.

4.  Incarcerated people may contact attorneys by telephones placed in the institution for general incarcerated person use; however, because calls from such phones may be monitored and/or recorded, these phones should not be used to discuss confidential attorney/client matters.

**H.    Communication with Attorneys at Privately Operated Prisons**

1.  In the case of a state correctional institution that is privately operated and managed pursuant to Ohio Revised Code (ORC) section 9.06, if normal meeting locations for attorneys and their incarcerated person/resident clients are in areas where video cameras are present, the managing officer shall establish local procedures for accommodating an attorney request for a camera-free meeting area unless:

   a.  Doing so would violate requirements of the ODRC as set forth in its administrative rules and policies,

   b.  Doing so would interfere with the secure, safe, and orderly operation of the facility; or

   c.  Doing so would endanger the security or safety of any person.

2.  The managing officer of a state correctional institution that is privately operated and managed pursuant to ORC section 9.06 may limit the number of simultaneous camera-free meetings and require advance scheduling of camera-free meeting spaces by visiting attorneys to ensure the orderly operation of the facility is not disrupted.

**I.    Certified Mail**

1.  Incarcerated people shall be permitted to send certified mail. Procedures for sending and receiving certified mail are contained in ODRC Policies 75-MAL-01, Incarcerated Population Mail and 75-MAL-03, Incarcerated Population Legal Mail.

**Attachments:**

| | |
|---|---|
| Appendix A | Minimum Required Legal Materials List |
| Appendix B | Minimum Required Materials for Legal Kits |

DRC 1362

| SUBJECT: Incarcerated Person Access to Court and Counsel (59-LEG-01) | PAGE ___8___ OF ___8___ . |
|---|---|

**Referenced ODRC Policies:**

| 03-OVS-01 | Crime Victim Services |
|---|---|
| 05-OIT-11 | Incarcerated Individual Access to Information Technology |
| 61-PRP-01 | Personal Property |
| 75-MAL-01 | Incarcerated Population Mail |
| 75-MAL-03 | Incarcerated Population Legal Mail |

**Referenced Forms:**

| Indigent Kit Log | DRC1005 |
|---|---|

DRC 1362

APPENDIX A
SUPPLEMENTAL LEGAL MATERIALS

I.      Soft-Cover Printed Materials

    A.      <u>Ohio Criminal Law Handbook, Anderson Pub.</u>  Paperback contains compilation of criminal and related statutes, procedural rules, and other materials.

II.     Other Materials by Subject Matter:

    A.      Legal Research:

            <u>Legal Research in A Nutshell</u>, West Pub.

    B.      Criminal Law, Practice, and Procedure

        1.  General materials:

            a.  <u>Complete Manual of Criminal Forms</u>
            b.  <u>Criminal Procedure in a Nutshell</u>, West Pub.
            c.  <u>Post Conviction Remedies</u>, by Larry Yackle, Clark Boardman Callaghan, West Pub.

        2.  Ohio Law:

            a.  <u>Ohio Criminal Law</u>, Katz & Giannelli, West Pub.

    C.      Conditions of Confinement

        1.  Law of Sentencing and Corrections in a Nutshell, West Pub.

    D.      Foreign Nationals

        1.  Foreign Consular Offices in the United States (available from the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402)

    E.      Legal Directory: Ohio Legal Directory, published annually by Legal Directories Publishing

APPENDIX B

MINIMUM REQUIRED MATERIALS FOR LEGAL KITS

1.     Two (2) large manila envelopes, 10" x 15"

2.     One (1) black ink pen

3.     Five sheets of carbon paper, 8-1/2" x 11" or, in lieu of carbon paper, an institution may: (a) allow the incarcerated person to have a total of twenty (20) copies made free of charge or (b) provide the incarcerated person with a copy card or cards that would allow them to make twenty (20) copies free of charge.

4.     Forty (40) sheets of white bond or copy paper, 8-1/2" x 11".

5.     One (1) 8-1/2" x 11" white writing-paper tablet.