

**Department of Rehabilitation & Correction**

# Conduct Report

| Name: THOMAS, SHAWN | Number: A561064 | Institution: RICI |
|---|---|---|
| Case Number: RICI-24-000808 | [redacted] | Time of Violation: 01:20 PM |
| Location of Violation: Library | | Lock: H4/B/0003 |

| Charged Rules | Rule Description |
|---|---|
| 5.2 | Disobedience of a direct order. |

Supporting Facts (Describe what occurred and how the inmate violated the rule[s]):

On the above date and time another inmate came to my office to pick up his legal work from the law computers that Thomas 561-064 had been helping him with. Thomas did not have permission to assist this inmate as the posted rules and DRC policy states hanging in the law library. Thomas knows the rules because he has been told several times by myself and Mr. Smith the Principal, Thomas has been previously restricted from the library by Mr. Smith for 14 days for the same situation. Inmates must have permission from a librarian and both inmates must sign an agreement form with a librarian.

Is this Conduct Report being written on behalf of another ?    Yes ☐    No ☑

Does the Charging Official wish to have input into the disciplinary proceedings?    Yes ☑    No ☐

| Electronic Signature of Charging Official :  M JOHNSTON | Shift: varies | Days Off: S/M |
|---|---|---|

A copy of this conduct report was served upon the above-named inmate on: February, 02, 2024, at 11:32 AM

| Staff Electronic Signature:  M KENNEDY |
|---|

I acknowledge receipt of the conduct report on the above stated date and time:

| Inmate Signature:  *Thomas* | Number: A561064 |
|---|---|

Notification to Inmate: a conviction could result in loss of earned credit and 201 additional hearing.

DRC 4018 (Rev 08/2023)

PLAINTIFF'S EXHIBIT m