

**Department of
Rehabilitation
& Correction**

# Conduct Report

| Name: THOMAS, SHAWN | Number: A561064 | Institution: RICI |
|---|---|---|
| Case Number: RICI-24-007226 | Date of Violation: 07/31/2024 | Time of Violation: 06:55 PM |
| Location of Violation: Library | | Lock: H2/B/0063 |

| Charged Rules | Rule Description |
|---|---|
| 5.2 | Disobedience of a direct order. |
| 11.2 | Dealing, conducting, facilitating, or participating in any transaction, occurring in whole or in part, within an institution, or involving any person for which payment of any kind is made, promised, or expected. |
| 16.2 | Attempting to commit; aiding another incarcerated person in the commission of; soliciting another to commit; or entering into an agreement with another to commit any of the above acts. |
| 16.3 | Any violation of any published institutional rules, regulations or procedures. |

**Supporting Facts (Describe what occurred and how the inmate violated the rule[s]):**

Inmate Phillips 826-273 turned in a cash slip to print his legal documents yesterday 8/5/24, to be printed this morning 8/6/24. Inmates are required to sign into the law library when working on their documents AND inmates are not allowed to do each other's legal work unless discussing it with one of the librarians first. I, Ervin, checked to see if Inmate Phillips signed into the law library when the document was edited (7/31/24 at 6:55pm), but found that Inmate Thomas 561-064 was signed into the computer instead. Inmate Thomas has been given multiple direct orders and conduct reports about not working on other inmate's legal work when they are not present, unless notifying the librarians. Inmate Thomas has ignored this direct order, violated the rules posted throughout the law library, and solicited Inmate Phillips into violating the posted rules as well.

Is this Conduct Report being written on behalf of another ?    Yes ☐    No ☑

Does the Charging Official wish to have input into the disciplinary proceedings?    Yes ☐    No ☑

| Electronic Signature of Charging Official :  J Ervin | Shift: Varies | Days Off: Friday, Saturday |
|---|---|---|

A copy of this conduct report was served upon the above-named inmate on: August, 08, 2024, at 12:33 PM

Staff Electronic Signature:  S BECHTLER

I acknowledge receipt of the conduct report on the above stated date and time:

| Inmate Signature: | | Number: A561064 |
|---|---|---|

PLAINTIFF'S
EXHIBIT
N

Notification to inmate: a conviction could result in loss of earned credit and 201 additional hearing.